DOWTY CORP., Appellant,

v.

WORKMEN'S COMPENSATION
APPEAL BOARD (McKEL-
VEY), Appellee.

Supreme Court of Pennsylvania.

Argued March 8, 1994.

Decided April 20, 1994.

Joseph F. Grochmal, Fried, Kane, Walters, Zuschlag & Grochmal, Pittsburgh, for appellant.

Timothy Conboy, Daniel K. Bricmont, Caroselli, Spagnolli & Beachler, Pittsburgh, for Ronald McKelvey.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.